IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYLANN BORGHETTI, et al.,<br>Plaintiffs,<br><br>V.<br><br>PHIL LUCI, et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 22-cv-00132-RJC<br>§<br>§<br>§ |

### REQUEST FOR DEFAULT JUDGMENT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

Upon the affidavit hereto, please enter judgment by default against Heather Luci, Defendant in the above-entitled action for $653,940.47, plus costs.

Dated: September 15, 2025

/s/ Justin T. Papciak
Justin T. Papciak
Pa. I.D. 307898
MORELLA AND ASSOCIATES
706 Rochester Road, Suite 600
Pittsburgh, PA 15237
412-369-9696 (phone)
412-369-9990 (fax)
jtpapciak@morellalaw.com

*Attorney for Plaintiffs*

CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT
Date: 9/16/2025
*Becca Richardson*
Docket Clerk
*Brandy S. Lonchena*
Brandy S. Lonchena

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of court using the CM/ECF system which sent notification of such filing and service upon the following counsel of record. I further certify that the foregoing was served upon the following via First Class Mail:

Gary Matta
1900 Main Street, Ste. 207
Canonsburg, PA 15317

Phil and Heather Luci
235 Mabel Avenue
Freedom, PA 15042

Lee Bond
9896 Rookery Circle
Estero, FL 33928

/s/ Justin T. Papciak
Justin T. Papciak
Counsel for Plaintiffs