IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYLANN BORGHETTI, et al., <br> Plaintiffs, | § § § | |
| V. | § § | CIVIL ACTION NO. 22-cv-00132-RJC |
| PHIL LUCI, et al., <br> Defendants. | § § § § | |

## REQUEST FOR DEFAULT JUDGMENT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

Upon the affidavit hereto, please enter judgment by default against Lee Bond, Defendant in the above-entitled action for $845,838.57, plus costs.

Dated: September 15, 2025

/s/ Justin T. Papciak
Justin T. Papciak
Pa. I.D. 307898
MORELLA AND ASSOCIATES
706 Rochester Road, Suite 600
Pittsburgh, PA 15237
412-369-9696 (phone)
412-369-9990 (fax)
jtpapciak@morellalaw.com

*Attorney for Plaintiffs*

---

CLERK'S ENTRY OF DEFAULT / DEFAULT JUDGMENT

Date: 9/16/2025

*Becca Richardson*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed a true and correct copy of the foregoing with the Clerk of court using the CM/ECF system which sent notification of such filing and service upon the following counsel of record. I further certify that the foregoing was served upon the following via First Class Mail:

Gary Matta
1900 Main Street, Ste. 207
Canonsburg, PA 15317

Phil and Heather Luci
235 Mabel Avenue
Freedom, PA 15042

Lee Bond
9896 Rookery Circle
Estero, FL 33928

*/s/ Justin T. Papciak*
Justin T. Papciak
Counsel for Plaintiffs